**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:26-cr-0015** |
| | ) | |
| FAUSTIN ROMERO, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated May 13, 2026, recommending that the Defendant's plea of guilty to Count One of the Information, to wit: Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D), be accepted, and the defendant be adjudged guilty. (ECF No. 52.) Defendant filed a Notice of Non-Objection to Report and Recommendation on May 14, 2026. (ECF No. 54.) Also before the Court is Defendant's Unopposed Motion to Expedite Sentencing, filed on May 14, 2026. (ECF No. 55.)

After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 52, is **ADOPTED;** it is further

**ORDERED** that Defendant Faustin Romero's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Faustin Romero is adjudged **GUILTY** on that count; it is further

**ORDERED** that Defendant's Unopposed Motion to Expedite Sentencing, ECF No. 55, is **GRANTED;** it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 12, 2026;** it is further

*United States v. Faustin Romero*
Case No. 3:26-cr-0015
Order
Page 2 of 2

  **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **June 18, 2026;** it is further

  **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **June 25, 2026;** it is further

  **ORDERED** that the parties shall file their sentencing memoranda no later than **July 2, 2026;** and it is further

  **ORDERED** that a sentencing hearing shall be held on **July 8, 2026, at 11:30 A.M. in STT Courtroom No. 1.**

**Dated:** May 15, 2026         */s/ Robert A. Molloy*
                **ROBERT A. MOLLOY**
                **Chief Judge**